UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO JUNIOR VALLES,<br><br>            Petitioner,<br><br>      vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent. | 1:09-cv-001478 SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   September 22, 2009**             /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE